UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADELEINE M. MIEHLS,

    Plaintiff,

v.                                  Case No. 04-CV-72287-DT

HENKEL CORPORATION, HENKEL
CORPORATION VOLUNTARY TERM LIFE
PLAN, and METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendants.
                                            /

## JUDGMENT

In accordance with the court's July 13 , 2005 "Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Motions for Judgment,"

IT IS ORDERED that judgment is entered in favor of Defendants, and against Plaintiff Madeleine M. Miehls.  Dated at Detroit, Michigan, this 13 day of July 2005.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT


                                     BY:_s/Lisa G. Teets__
                                        Lisa Teets, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland